No. 00–387.  GERBER PRODUCTS CO. *v.* TYLKA ET AL.  C. A. 7th Cir.  Motion of Chamber of Commerce of the United States et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 00–6048.  TROBAUGH *v.* KELLY ET AL.  C. A. 8th Cir.  Motion of petitioner to consolidate this case with No. 99–9136, *Daniels* v. *United States* [certiorari granted, 530 U. S. 1299], denied.  Certiorari denied.

No. 00–6765 (00A362).  CHAMBERS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.